UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK E. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-cv-658 |
| ) | (Phillips/Guyton) |
| THE UNIVERSITY OF TENNESSEE, ) | |
| ) | |
| Defendant. | |

## JUDGMENT ORDER

This matter came before the Court on the Defendant's Motion to Dismiss [Doc. 3]. The Honorable Thomas W. Phillips, United States District Judge, having determined that the Court lacks subject-matter jurisdiction,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Mark E. Williams, take nothing and that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE.**

Dated at Knoxville, Tennessee, this  12th  day of June, 2013.

                                                             s/ Debra C. Poplin
                                                             Clerk of Court

1